# UNITED STATES BANKRUPTCY COURT
## Western District of Louisiana
### Judge Robert Summerhays

## Notice of Commencement of Case Under Chapter 7 of the Bankruptcy Code, Meeting of Creditors and Fixing of Dates

An order of relief under 11 U.S.C. Chapter 7 for debtor listed below was filed on 7/29/2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or by logging on to PACER at https://ecf.lawb.uscourts.gov. **NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Information.

Debtor(s) (name(s) and address):
Vivian Alexander, Inc. ( *debtor has no known aliases* )
6165 Picard Lane
Maurice, LA 70555

Case Number:
11−51098

Taxpayer ID Nos.:
72−1259150

Attorney for Debtor(s) (name and address):
Harold L. Domingue Jr.
711 West Pinhook Road
Lafayette, LA 70503
Telephone number: (337) 234−6003

Acting U.S. Trustee: **Henry G. Hobbs, Jr.**  Telephone: (318) 676−3456
300 Fannin Street, Suite 3196
Shreveport LA 71101

Interim Trustee Appointed by the U.S. Trustee on 7/29/2011:
Paul N. Debaillon  Telephone number: (337) 237−0598
PO Box 51387
Lafayette, LA 70505

### Meeting of Creditors:
Date: **September 19, 2011**  Time: **09:00 AM**
Location: **214 Jefferson St, Room 341, 3rd Floor, Lafayette, LA 70501**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### NO ASSETS AT THIS TIME. UNSECURED CREDITORS NEED NOT FILE CLAIM UNLESS NOTIFIED TO DO SO.

Pleadings filed indicate debtor is not an individual and cannot receive a discharge. No bar dates for complaints on discharge or dischargeability issues shall be given.

**Address of the Bankruptcy Clerk's Office:**
214 Jefferson Street, Suite 100
Lafayette, LA 70501−7050

Telephone Number: (337) 262−6800

**For the Court:**
Clerk of the Bankruptcy Court:
J. Barry Dunford

Hours Open: Monday − Friday 8:00 AM − 5:00 PM

Date: 8/2/2011

# EXPLANATIONS

FORM B9B (05/08)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. Debtors attendance at the meeting of creditors is mandatory. Failure of the debtor to attend the meeting of creditors, and failure to comply with LOCAL RULE 2003−1 shall result in the ex parte dismissal of voluntary cases. Should the debtor fail to attend the originally scheduled meeting of creditors, and make a written request of the U.S. Trustee to reschedule, pursuant to LOCAL RULE 2003−1, and that written request be denied by the U.S. Trustee, then and in such event, the debtor shall file a contradictory motion, pursuant to Rule 9014, for the U.S. Trustee to show cause why the meeting of creditors should not be re−set. Failure to do so constitutes cause for dismissal. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by the creditors.* Creditors are welcome to attend, but are not required to do so. The creditors meeting may be continued or adjourned from time to time by notice at the meeting without further written notice to creditors. At the meeting, the creditors may elect a trustee as permitted by law, elect a committee of creditors, examine the debtor and transact such other business as may properly come before the meeting. |
| Claims | **NO ASSETS AT THIS TIME: UNSECURED CREDITORS NEED NOT FILE CLAIM UNLESS NOTIFIED TO DO SO.** If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Exempt Property | Unless extended, objection to debtors claim of exempt property must be filed within 30 days after the meeting of creditors. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−